**Glenn R. WAITE, Appellant,**

v.

**Douglas D. DELAIR; Delair & Delair, Appellees.**

**No. 00–3183.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2001.

Filed Feb. 13, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Glenn R. Waite appeals from the district court's[1] adverse grant of summary judgment in his legal malpractice action. For the reasons stated in the district court's order, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.